# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN J. COLLINS<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WES MATTICE, *et al.,*<br><br>　　　　Defendants. | 3:09-CV-195-RCJ(RAM)<br><br>**ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge Robert A. McQuaid, Jr., (#43[1]) entered on July 7, 2010, recommending Plaintiff's Motion for Summary Judgment (#27) be denied and Defendants' Motion For Summary Judgment (#36) be granted. No objections have been filed.

The Court has conducted it's *de novo* review in this case, has fully considered the response of the Defendants, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#43) entered on July 7, 2010, should be adopted and accepted.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#43) entered on July 7, 2010, is adopted and accepted, and Defendants' Motion for Summary Judgment (#36) is GRANTED.

///
///
///
///

---

[1] Refers to court's docket number.

1  IT IS FURTHER ORDERED that Plaintiff'S Motion for summary Judgment (#27) is DENIED.

2  The Clerk of the Court shall enter Judgment accordingly.

3  IT IS SO ORDERED.

4  DATED: this 13th day of August, 2010.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE