AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

MELVIN J. COLLINS,

    Plaintiff,

V.

WES MATTICE, et al,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:09-CV-00195-RCJ-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **x**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' Motion for Summary Judgment [36] is GRANTED. FURTHER ORDERED that plaintiff's Motion for Summary Judgment [27] is DENIED.

| | |
|---|---|
| August 13, 2010 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/ M. Campbell |
| | Deputy Clerk |